253 So.2d 61

**STATE of Louisiana ex rel.
Wade DRIGGERS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51772.

Oct. 13, 1971.

In re: Wade Driggers, applying for writ of habeas corpus.

Writ refused. The allegations raised in the lower court and presented to this court are without merit. The remaining allegations made for the first time in this court are not considered.

253 So.2d 62

**Thomas A. DONELON et al.**

v.

**NEW ORLEANS TERMINAL COMPANY.**

No. 51785.

Oct. 13, 1971.

In re: New Orleans Terminal Company, applying for writs of certiorari, prohibition and mandamus.

Writs denied. The ruling of the Court of Appeal is correct.